Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

Division

|  |  |
|---|---|
| Jane Doe aka Crist | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| President-Elect Donald J. Trump, President Joseph R. Biden, Speaker of the House Mike Johnson, Congressman Hakeem Jeffries | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jane Doe aka Crist |
| Street Address | 3795 S Alaska St, |
| City and County | Seattle King |
| State and Zip Code | WA 98118 |
| Telephone Number | 360 632 0259 |
| E-mail Address | IAmOneVoiceRising@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Donald J Trump |
| Job or Title *(if known)* | President-Elect |
| Street Address | 1100 S Ocean Blvd |
| City and County | Palm Beach |
| State and Zip Code | FL 334820 |
| Telephone Number | 617) 303-6800 561.832.2600 |
| E-mail Address *(if known)* | trump@redcurve.com info@donaldtrump.com |

Defendant No. 2

| | |
|---|---|
| Name | Joseph R. Biden |
| Job or Title *(if known)* | The President of The United States |
| Street Address | 1600 Pennsylvania Avenue, N.W. |
| City and County | Washington |
| State and Zip Code | DC 20500 |
| Telephone Number | 206 456 1414 |
| E-mail Address *(if known)* | president@whitehouse.gov |

Defendant No. 3

| | |
|---|---|
| Name | Mike Johnson |
| Job or Title *(if known)* | Speaker of the House |
| Street Address | H-232, The Capitol |
| City and County | Washington |
| State and Zip Code | DC 20515 |
| Telephone Number | 202-225-4000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Hakeem Jeffries |
| Job or Title *(if known)* | Congressman |
| Street Address | 2267 Rayburn House |
| City and County | Washington |
| State and Zip Code | DC 20515 |
| Telephone Number | 202) 225-5936 |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendment 14 Section 3, of The Constitution, 18 USC 2383, Conspiracy Against Rights, 18 USC 241, The Matthew Shepard and James Byrd Jr. Act Hate Crimes Prevention Act of 2009, 18 USC 249, Violent Interference With Federally Protected Rights 18 USC 245, The COVID-19 HATE Crimes ACT – 34 USC 30501, Title 18 §242. Deprivation of rights under color of law, VII The Civil Rights act of 1964 , 28 USC 509B: Section to enforce human rights laws

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.      If the defendant is a corporation

            The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

    Various locations, pls see C below

B.    What date and approximate time did the events giving rise to your claim(s) occur?

    Various dates and time pls see C below

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    C.    What are the facts underlying your claim(s)?  *(For example: What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

> Filing for EMERGENCY INJUNCTION to halt the 1/20/25 swear in of Donald J. Trump as President, for various legal reasons including, I believe I have video evidence of Mr. Trump allegedly conspiring to & admitting to allegedly intending to commit hate crime and other crimes that violate the rights of American Citizens AFTER he becomes President, starting on DAY ONE he brags in video. He would do so w/Presidential immunity hence why it is imperative that he NOT be sworn in as he has NOT been shy about what I allege are multiple nefarious intentions of which I allege he intends to use the cover of the Presidential immunity to commit whatever crimes he wishes, which is NOT the purpose of that sacred office nor the immunity. And I would suggest & caution, that once the "genie" is let out of the bottle, it will be near impossible to get it contained again, that is to say, I allege that once Mr. Trump is sworn in, it will be near impossible for anyone to get him to respect rights and follow laws as I allege he doesnt even do those things now. That said, also I am filing in regards to the affirmed, adjudicated insurectionist Mr. Trump's ineligibility to hold a federal office according to TWO laws, one of which, Amendment 14 Section 3 of our Constitution, essentially clearly states the remedy to REMOVE the disqualification, it can only be DISABLED w/ 2/3 vote of each House, (w/o doing that, the disability of self-executing disqualification remains, thus Mr. trump, is BARRED from even becoming President).
>
> The remaining defendants swore an oath to The Constitution and my claim involves the duty of the remaining defendants to protect the nation and protected classes from the affirmed, adjudicated ,insuurrectionist Mr. Trump. I have in recent weeks attempted to report the alleged crimes that I allege Mr. Trump has committed/intends to commit AFTER he becomes President, but from my perspective no one is taking me seriously and or responding when I reach out. Similarly as i have attempted to contact also via proper channels & encourage govt officials to put Mr. Trump's self executing disqualification on record and declare Harris the winner of the 2024 election as she was the ELIGIBLE candidate that received most votes, no govt official responds, nor seems to care. Voters care and deserve for this to get sorted out in the courts.
>
> My perspective after recent months w/no luck via proper channels is that govt officials are a well insulated machine w/many gate keepers making it near impossible to be heard on these critical matters. Time is running out, my goal is an Emergency Injunction to halt the swearing in of Mr. Trump while these matters get sorted out w/legal guidance of a court overseeing, ensuring the rights and safety of my fellow Americans, of protected classes, as well as other countries (Greenland,  Panama canal, Canada) as well as this country, all remain & will continue to be safe and protected in the future from what I allege is a blatant, obvious and CURRENT enemy of the United States, that enemy, I allege is the affirmed, adjudicated insurectionist, Mr. Trump....Judge, Respectfully requesting to be referred to as Jane Doe aka Crist due to the safety concerns in light of Trump supporters being known to terrorize people and places. Thank you for your consideration.

**IV.**    **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Monetary damages can not repair lives that will be ruined if Mr. Trump is allowed to be sworn in then commit the crimes I allege he is intending to commit to violate the rights of protected class of as I understand it millions of Americans. I have video evidence to support my claims of these allegedcrimes. I also have video evidence which I allege proves that Mr. Trump is still to this day an enemy of the US and therefore iI allege is a risk to the safety of this nation and its people if allowed to be sworn in. Additionally havign an enemy of these United States serving in the highest office of the land will do irreperable harm to the entire nation in ways that could not be measured. It is imperative Mr. Trump is NOT sworn in.

V.      **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Requesting the Judge Issue an EMERGENCY Injunction stopping Mr. Trump from being sworn in while these matters are properly and throughly addressed w/the oversight of the courts.

Also requesting that you instruct President Biden Execute an Emergency Executive Order, officially and publicly clarifying that the affirmed, adjuticated insuretionist Mr. Trump was effective 1/6/21 INELLGIBLE from holding a federal office and therefore is legally BARRED from becoming President therefor Harris was the only ELIGIBLE candidate with enough votes to win and will be sworn in as President while the matters here in are sorted out.

Also requesting Jury Demand

VI.     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   A.     **For Parties Without an Attorney**

   I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

   Date of signing:          01/17/2025

   Signature of Plaintiff    Jane Doe aka Crist

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

|  |  |
|---|---|
| Printed Name of Plaintiff | Jane Doe aka Crist |

**B.** **For Attorneys**

Date of signing: 01/17/2025

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address